# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00497-RPM

JANNELL ANN LANCASTER

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiff with Prejudice, Jannell Ann Lancaster, and Defendant, USAA Casualty Insurance Company, to Dismiss this action with prejudice, and the Court having reviewed the record and being fully advised:

IT IS HEREBY ORDERED that this case be dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 26th day of September, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge